**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | | Chapter 13 |
| J. Jason Irwin, Sr. | : | Case No. 14-55326 |
| Debtors | : | Judge Caldwell |

**AMENDED OBJECTION TO ALLOWANCE OF CLAIM #8 FILED BY THE OHIO DEPARTMENT OF TAXATION**

**CLAIM NUMBER**:  8    **DATE FILED**: October 23, 2014    **AMOUNT**: $22,272.57

**CLAIMANT ADDRESS**:    Ohio Department of Taxation, Bankruptcy Division
P.O. Box 530
Columbus, OH 43216

The Debtor objects to the claim filed by the above-named claimant on the following grounds:

Ohio Department of Taxation, Bankruptcy Division has claimed filed a claim for $22,272.57 for unpaid sales tax. This claim is 100% based on assessments. The amounts owed are incorrect, which causes the penalties and interest to be incorrect as well.

**WHEREFORE**, the Debtor moves that the arrearage amount listed on Ohio Department of Taxation, Bankruptcy Division's Proof of Claim be disallowed in its entirety.

Respectfully submitted,

/s/ James W. Park
James W. Park (0082331)
PO Box 20622
Columbus, OH 43220
Phone: 614-636-5290
Fax: 614-748-0627
Email: jameswparkesq@gmail.com

**30 DAY NOTICE AND CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that the Debtor has objected to your claim on the grounds stated above, and has moved that the claim be treated in the manner set forth above. Unless you file a written Opposition and Request for Hearing with this Court and serve upon the Debtor and the Debtor's attorney within thirty (30) days of the mailing of this Notice, the undersigned will present to the Court a proposed Order directing distribution on your claim by the Chapter 13 Trustee to be made in accordance with the above recommendation without further notice to creditors or to you. The undersigned certifies that a copy of the foregoing Objection was served this date on the following parties by U.S. mail, postage prepaid November 10, 2014.

**ELECTRONIC SERVICE TO**:
Office of the US Trustee
Office of the Chapter 13 Trustee
Guylynn D. Cook, Esq.
James W. Park, Esq.

**U.S. MAIL SERVICE**:
J. Jason Irwin, Sr., 12851 Oldham Avenue, Pickerington, OH 43147
Ohio Department of Taxation, Bankruptcy Division, P.O. Box 530, Columbus, OH 43216
Ohio Department of Taxation, Bankruptcy Division, 30 East Broad Street, Columbus, OH 43215-3414

/s/ James W. Park
James W. Park (0082331)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | | Chapter 13 |
| J. Jason Irwin, Sr. | : | Case No. 14-55326 |
| Debtors | : | Judge Caldwell |

**OFFICIAL FORM 20A NOTICE OF AMENDED OBJECTION TO ALLOWANCE OF CLAIM #8 FILED BY THE OHIO DEPARTMENT OF TAXATION**

The Debtors have filed papers with the Court: Objection to Allowance of Claim ("Pleading").

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult one.)

If you do not want the court to change your status or if you want the court to consider your views on the Pleading, on or before thirty (30) days from the service date of the Pleading you or your attorney must:

File with the court a response to the Pleading and serve a copy as directed by the notice not later than thirty (30) days after service of the Pleading at:

**U.S. Bankruptcy Court, Clerks Office, 170 N. High Street, Columbus OH 43215**

If you mail your response to the court for filing, you must mail it early enough so the court will receive it before the date stated above.

You must also mail a copy to:

J. Jason Irwin, Sr., 12851 Oldham Avenue, Pickerington, OH 43147
Guylynn D. Cook, PO Box 361282, Columbus, OH 43236
James W. Park, PO Box 20622, Columbus, OH 43220
Frank M. Pees, Chapter 13 Trustee, 130 E. Wilson Bridge Rd., Suite 200, Worthington, OH 43085-6300
Office of the U.S. Trustee, 170 North High Street, #200, Columbus, OH 43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Pleading and may enter an order granting relief.

Date: November 10, 2014

/s/ James W. Park
James W. Park (0082331)
PO Box 20622
Columbus, OH 43220
Phone: 614-636-5290
Fax: 614-748-0627
Email: jameswparkesq@gmail.com